| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Wolfson, Freda L. | 2. Court or Organization United States District Court for the District of New Jersey | 3. Date of Report 05/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III District Judge, Active, Full-time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolfson, Freda L. | 05/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | State of New Jersey Judiciary - salary |
| 2. 2015 | Greenbaum, Rowe, Smith, & Davis - Partnership payment |
| 3. 2015 | Schwartz, Simon, Edelstein & Celson, LLC - Partnership payment |
| 4. 2015 | Palmisano & Goodman - Referral fee from Certified Trial Attorney |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Jack and Sheryl Morris through JSM at Falcon LLC and JSM at Stelton LLC | 11/4/2015, 11/8/2015 | New Jersey to Boca Raton, FL and return to New Jersey | Personal vacation | Transportation |
| 2. | Jack and Sheryl Morris through Jags Leasing LLC | 2/12/2015 | New Jersey to Bahamas | Personal vacation | Transportation |
| 3. | Jack and Sheryl Morris through JSM at Falcon LLC and JSM at Stelton LLC | 2/12/2015 - 2/16/2015 | Bahamas | Personal vacation | Transportation, lodging and meals |
| 4. | Jack and Sheryl Morris through Jags Leasing LLC | 4/3/2015, 4/12/2015 | New Jersey to Boca Raton, FL and return to New Jersey | Personal vacation | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolfson, Freda L.. | 05/11/2016 |

5. _____ _____ _____ _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (various accounts) | A | Interest | M | T | | | | | |
| 2. Liberty Mutual Extra Value Life Insurance Policy (X) | | None | | | Redeemed | 11/10/15 | J | D | |
| 3. Liberty Mutual Life Extra Value Insurance Policy (X) | | None | | | Redeemed | 11/10/15 | J | A | |
| 4. Liberty Mutual Life Universal Insurance Policy (X) | | None | | | Redeemed | 11/10/15 | J | A | |
| 5. Liberty Mutual Extra Value Life Insurance Policy (X) | | None | | | Redeemed | 11/10/15 | K | D | |
| 6. Liberty Mutual Extra Value Life Insurance Policy (X) | | None | | | Redeemed | 11/10/15 | J | A | |
| 7. Liberty Mutual Life Universal Insurance Policy (X) | | None | | | Redeemed | 11/10/15 | J | A | |
| 8. Liberty Mutual Term Life Insurance Policy (X) | A | Interest | | | Redeemed | 11/10/15 | J | A | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolfson, Freda L. | 05/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII - Investments and Trusts - I have listed, for the first time, various life insurance policies that were purchased years ago (in the 1980s) by me and my spouse. To be clear, while these policies have an investment component, there is no option to, and indeed I did not, select any funds for which to invest the premiums. Rather, these policies are akin to whole life insurance policies, but with the option to build cash value. Additionally, although my spouse and I have redeemed these policies in 2015, I did not report them on my prior financial disclosures because I was not aware that these policies were subject to be disclosed. In fact, I was under the mistaken impression that all life insurance policies are treated as "term" life insurance, which is not reportable. As such, I have placed an X after each of the policies on Column A so as to introduce them for the first time in this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Wolfson, Freda L. | 05/11/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Freda L. Wolfson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544